IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
Western

FILED BY ___ D.C.

05 JUL 14 AM 11: 05

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Case No. 2:04cr20362-D

Jerry Rice

## ORDER REFUNDING CASH APPEARANCE BOND

This matter comes before the Court on a motion for refund of the cash appearance bond. It now appears that the defendant has complied with the requirements of said bond and orders of this Court.

IT IS THEREFORE **ORDERED** that the appearance bond for this defendant be canceled and discharged; and the Clerk is directed to issue a check on the Registry in the sum of $1,000.00, payable to Diane Fraizer at 2315 Arlene Ave., Memphis, TN 38127 in full refund of the cash appearance bond posted herein.

_____
United States District Judge
Bernice B. Donald

Date: July 13, 2005

Approved
Thomas M. Gould, Clerk of Court
BY: _____
Deputy Clerk

This document entered
with Rule 55 and...

36



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:04-CR-20362 was distributed by fax, mail, or direct printing on July 15, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT